# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Howard W. Amos, | Civ. No. 22-2108 (JWB/DLM) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATIONS OF MAGISTRATE JUDGE** |
| Ryan Kelly and Kurtis Schoonover, *sued in their individual and official capacities*, | |
| Defendants. | |

United States Magistrate Judge Douglas L. Micko issued a Report and Recommendation ("R&R") on July 15, 2025. (Doc. No. 119.) No objection has been filed to the R&R in the time permitted. In the absence of timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Upon review of the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The July 15, 2025 Report and Recommendation (Doc. No. 119) is **ACCEPTED;**

2. Defendants Ryan Kelly and Kurtis Schoonover's Amended Motion for Summary Judgment (Doc. No. 91) is **GRANTED**; and

3. All claims against Defendants Ryan Kelly and Kurtis Schoonover are **DISMISSED WITH PREJUDICE**.

4. This action is **DISMISSED with prejudice.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: August 4, 2025                                                     *s/ Jerry W. Blackwell*
                                                                         JERRY W. BLACKWELL
                                                                         United States District Judge